UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
1480 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303

CHAMBERS OF
JAMES R. SACCA
JUDGE

404-215-1179

January 6, 2014

Daniel R. Saeger
Rickman & Associates, P.C.
706 S Thornton Ave. Ste. D
Dalton, GA 30720

      Re:  MARTHA SABRICA,
           Bankruptcy Case No. 13-67407-JRS

Dear Mr. Saeger:

      The Motion to Defer Entry of Discharge to File a Reaffirmation Agreement [Doc #24] filed on January 3, 2014 on behalf of the debtor by you has been referred to my attention. It is necessary that you prepare a proposed order and forward it to the Court for consideration. The motion will remain pending the submission of a proposed order.

      Thank you for your cooperation in this matter.

                          Sincerely,

                          /s/
                          Cynthia R. Eadon
                          Courtroom Deputy to Judge Sacca

c: file